The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIO CONTRERAS GARZA,<br><br>Defendant. | NO. CR25-143 KKE<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the unopposed motion of the United States to dismiss all pending charges in this matter as to Defendant Elio Contreras Garza. Dkt. No. 19.  The motion is hereby GRANTED, and all pending counts in the above-captioned case against the Defendant are DISMISSED without prejudice.

DATED this 22nd day of August, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Order of Dismissal -- 1
*United States v. Garza,* CR25-143 KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970